██ BEN DAVIDSON et al., Respondents, v. TILLIE MANDEL et al., Appellants, and TOM WALSH et al., Respondents.—

The record presents triable issues of fact which may not be resolved on a motion for summary judgment. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

██ BEULAH DEEGAN et al., Respondents, v. MAURICE AHERN et al., Defendants, and SLATTERY FOUNDATION CORP., Appellant.—

No opinion. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.